**BRADY LAW, CHARTERED**
Michael G. Brady, OSB #040345,
Glenda M. Talbutt, OSB #072677
St. Mary's Crossing
2537 W. State Street, Suite 200
Boise, ID 83702

**TELEPHONE:  (208) 345-8400**
**FACSIMILE:  (208) 322-4486**

Attorneys for Plaintiff Nicholas Rinne

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PENDLETON DIVISION**

| | |
|---|---|
| NICHOLAS RINNE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALLIED INTERSTATE, INC., and JOHN DOES I – XX;<br><br>　　　　　　Defendants. | Case No. 2:10-cv-01485-SU<br>Magistrate Judge Patricia Sullivan<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

**Please take notice** that upon having reached a substantial agreement about the terms and conditions of a settlement with the defendants, Plaintiff, Nicholas Rinne, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(a)(i), and LR 41-1, hereby dismisses all causes of action in the complaint as to all defendants with  prejudice.

**Notice of Dismissal With Prejudice - Page 1**
0874.0001

Voluntary dismissal under FRCP Rule 41(a)(1)(A) is appropriate in this case because defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims.

DATED this 17th day of August, 2011.

BRADY LAW, CHARTERED

/S/

By:  Glenda M. Talbutt,
     Attorneys for Plaintiff Nicholas Rinne